Argued and submitted October 31, 2007, sentences vacated; remanded for
resentencing; otherwise affirmed May 21, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JEFFREY MARK CLARK,
*Defendant-Appellant.*

Columbia County Circuit Court
021146; A126677

185 P3d 531

Bronson D. James, Deputy Public Defender, argued the cause for appellant. On the brief were Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Jennelle Meeks Barton, Deputy Public Defender, Office of Public Defense Services.

Doug M. Petrina, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM